**Opinion filed August 29, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00218-CR

_____

## IN RE ALONZO DIEGO FULLER

**Original Mandamus Proceeding**

## M E M O R A N D U M   O P I N I O N

Relator, Alonzo Diego Fuller, has brought a mandamus action against the Honorable Stephen Ellis, Judge of the 35th District Court of Brown County, Texas. He alleges that Judge Ellis did not appoint a court-appointed attorney to represent him after he informed the trial court that he wished to submit a motion under Chapter 64 of the Texas Code of Criminal Procedure. Relator contends that he filed his request with the trial court on May 6, 2014, and that the trial court has not taken any action regarding his request. Relator, however, has not filed in this court any supporting documentation, such as an appendix or a record, as required under TEX. R. APP. P. 52.3 and 52.7. Therefore, we hold that Relator has not presented us

with sufficient documentation to demonstrate that he is entitled to mandamus relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992).

We deny Relator's petition for writ of mandamus.

PER CURIAM

August 29, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.